IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02595-PAB-SKC

CHESTER LEE RENEAU,

    Plaintiff,

v.

MARY CARDINAS,

    Defendants.

---

## SECOND STATUS REPORT ON SETTLEMENT

---

Defendant Mary Cardinas, by the through counsel, hereby respectfully submits this Second Status Report on Settlement, as follows:

1.    On January 6, 2022, the parties filed a Notice of Settlement with the Court. [ECF 202]. The parties explained they had reached an agreement to resolve the case but needed additional time to finalize the settlement agreement and submit dismissal documents to the Court. [*Id.*].

2.    On that same date, this Court issued an Order accepting the Notice of Settlement and requiring the parties to file dismissal documents or a status report on settlement on or before February 7, 2022. [ECF 203].

3.    On February 7, 2022, a Status Report was filed indicating a settlement agreement had been fully executed by the parties and a settlement check was being processed. [ECF 206].

4. The Status Report also stated, as part of the agreement, Plaintiff asked that a small amount of the settlement proceeds be placed in his inmate banking account and for the undersigned counsel's firm to hold the remaining, bulk, of the settlement proceeds until his release from prison on or before March 10, 2022. [*Id.*].

5. Plaintiff further requested the undersigned request this Court extend the deadline for the filing of dismissal documents until he has received the full settlement proceeds upon his release from prison. Accordingly, the parties respectfully request the Court issue an Order extending the deadline for filing of dismissal documents up to and including March 16, 2022. [*Id.*].

6. On March 16, 2022, Plaintiff was released from prison and received the remaining portion of the settlement proceeds that same date. The undersigned was informed by Plaintiff he was moving up to Fort Collins, Colorado but did not yet have a place to stay so could not provide the undersigned or this Court with a new address. As such, this Second Status Report can not be sent to Plaintiff.

7. In multiple conference calls leading up to Plaintiff receiving the remaining settlement proceeds on March 16, 2022, Plaintiff understood this case would be dismissed upon his receipt of the remaining settlement proceeds.

WHEREFORE, for all of the foregoing reasons, the parties respectfully request this Court issue an Order of Dismissal as Plaintiff received the remaining settlement proceeds on March 16, 2022, and for all other and further relief as this Court deems just and appropriate.

Respectfully submitted this 22nd day of March 2022.

          Respectfully submitted,

          */s/ Edmund M. Kennedy*
          Edmund M. Kennedy, Esq.
          Andrew D. Ringel, Esq.
          of Hall & Evans, L.L.C.
          1001 17th Street, Suite 300
          Denver, CO 80202
          Phone: 303-628-3300
          Fax: 303-628-3368
          ringela@hallevans.com
          kennedye@hallevans.com

          **ATTORNEY FOR DEFENDANT**

## **CERTIFICATE OF SERVICE (CM/ECF)**

I HEREBY CERTIFY that on the 22nd day of March 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

None.

and placed a copy of the foregoing to the following non-CM/ECF participant in the United States Mail, first-class postage prepaid, and addressed to the following:

None.

          *s/ Erica Cameron*, Legal Assistant to
          Edmund M. Kennedy, Esq.
          Andrew D. Ringel, Esq.
          of Hall & Evans, L.L.C.
          1001 17th Street, Suite 300
          Denver, CO 80202
          Phone: 303-628-3300
          Fax: 303-628-3368
          ringela@hallevans.com
          kennedye@hallevans.com

          **ATTORNEY FOR DEFENDANT**