IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02595-PAB-SKC

CHESTER LEE RENEAU,

    Plaintiff,

v.

MARY CARDINAS,

    Defendant.

___

### MOTION TO DISMISS, WITH PREJUDICE, FOR FAILURE TO PROSECUTE
___

    Defendant Mary Cardinas, by and through counsel, pursuant to Fed. R. Civ. P. 41(b), hereby requests dismissal of this action, with prejudice, as follows:

    1.    On January 20, 2022, Plaintiff and Defendant reached a full and final settlement of Plaintiff's claims against Defendant. [*See* Settlement Agreement, attached hereto as Exhibit A, filed under seal/restrictive access 3 (court only) to protect the confidentiality of the agreement].

    2.    As part of the settlement agreement, the parties agreed this matter should be dismissed with prejudice with Plaintiff and Defendant to pay their own attorney's fees and costs. [***Id.***].

    3.    On March 16, 2022, Plaintiff picked up the final settlement check from the office of the undersigned but left without meeting with the undersigned.

    4.    Plaintiff only informed the undersigned he was relocating to Fort Collins, Colorado but failed to provide the undersigned or this Court with a forwarding address.

5. On March 22, 2022, Defendant notified the Court of the completion of the requirements under the settlement agreement and requested the dismissal of this action. [ECF 207].

6. On March 24, 2022, the Court issued an Order denying the request for dismissal based on the fact "the Court requires an indication from the plaintiff that he agrees to dismissal of the case." [ECF 208].

7. On April 6, 2022, this Court also issued an Order denying, as moot, Plaintiff's request for a continuance of the proceedings for purposes of settlement. [ECF 209].

8. Both Orders were returned as undeliverable. [ECF 210 & 211].

9. Plaintiff has, to date, failed to provide this Court with a proper address for the purpose of receiving Court pleadings.

10. The undersigned has attempted to reach Plaintiff through his parole officer, but both attempts were unsuccessful.

11. Federal Rules of Civil Procedure, Rule 41, allows this Court to dismiss an action for a plaintiff's failure to prosecute. *See* Fed.R.Civ.P. 41(b). As Plaintiff, here, has failed to provide this Court with a proper address and has also failed to submit any pleading with this Court requesting these proceedings to proceed, Plaintiff has failed to prosecute this case.

WHEREFORE, Defendant Mary Cardinas hereby respectfully submit this Motion to Dismiss with Prejudice for Plaintiff's Failure to Prosecute, and for all other and further relief as this Court deems just and appropriate.

Dated this 7th day of June, 2022.

*s/ Edmund M. Kennedy*
Andrew D. Ringel, Esq.
Edmund M. Kennedy, Esq.
of Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
Phone: 303-628-3300
Fax: 303-628-3368
ringela@hallevans.com
kennedye@hallevans.com

**ATTORNEYS FOR DEFENDANT**

# CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 7th day of June 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

None.

and placed a copy of the foregoing to the following non-CM/ECF participant in the United States Mail, first-class postage prepaid, and addressed to the following:

Chester Lee Reneau, #156770
Arkansas Valley Correctional Facility
12750 Highway 96 at Lane 13
Ordway, CO 81034

*As indicated on this Court's docket*

                                      *s/ Erica Camron*, Legal Assistant
                                      Hall & Evans, L.L.C.